UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:11-CV-00231-EAK-TBM

OWEN HARTY
Plaintiff,

v.

FAMILY DOLLAR STORES OF
FLORIDA, INC.

Defendants.
_____/

## STIPULATION FOR SETTLEMENT

This Stipulation for Settlement is entered into by and between Plaintiff, Owen Harty, and Defendant, Family Dollar Stores of Florida, Inc. ("Family Dollar").

WHEREAS, Family Dollar operates a retail store located at 145 E. Van Fleet Drive Bartow, Florida ("the Store"); and

WHEREAS, Plaintiff has claimed that there are architectural barriers existing at the Store that constitute violations of the Americans With Disabilities Act that unlawfully limited the Plaintiff's use of the Store; and

WHEREAS, FAMILY DOLLAR denies the allegations of the Plaintiff's Complaint, has raised defenses to Plaintiff's claim;

NOW THEREFORE, the parties wishing to mutually resolve all matters in dispute, and without any admission of liability, the parties have agreed to the following terms and conditions:

A.   **Release of Family Dollar.**

For and in consideration of the covenants contained herein and other good and valuable consideration paid by Defendant to Plaintiff, Plaintiff and his successors, assigns, heirs, agents,

attorneys, and any other person claiming by or through any of the foregoing persons or otherwise purporting to represent Plaintiff (collectively "Releasors"), hereby release, acquit and forever discharge Defendant and its agents, employees, contractors, independent contractors, consultants, experts, heirs, executors, officers, successors-in-interest, shareholders, directors, attorneys, insurers, indemnitors, predecessors, assignees, insurers, subsidiaries, affiliates, partners, managers, members, and/or administrators of and from any and all past and present rights, actions, causes of actions, claims, allegations, demands, damages, costs, expenses, attorney fees (alleged or incurred), penalties, liens, and liabilities, of every type and nature, both in law and equity, that Releasors now have or may have ever had in any way relating to the property or this action in addition to any and all claims and causes of action which Releasors have or may have ever had arising under the Americans With Disabilities Act. *Provided*, this Release is limited to the Family Dollar retail store located at 145 E. Van Fleet Drive Bartow, Florida ("the Store").

**B.     Modifications to the Store**

1.     The restroom at the Store is presently open only to employees of Family Dollar and shall not be opened to the public unless said restroom is modified to be compliant with the Americans With Disabilities Act ("ADA").

2.     Family Dollar will provide a cup dispenser with cups mounted no higher than 48" above the finished floor at the drinking fountain. Provided, Family Dollar is not required to make such drinking fountain available to the public as it is located in a stockroom and thus may be restricted to employees of Family Dollar.

Neither Family Dollar nor any other party shall have any further obligation to take any further action regarding the Store. Plaintiff will not hereafter assert or claim that any other person or entity is required to make additional or different modifications to the Store.

### C. No Admission

This Stipulation, and Family Dollar's agreement to make certain modifications, is not and shall not be construed as an admission by Family Dollar (or any person or entity acting on its behalf) of any liability or any act of wrongdoing and, in fact, Family Dollar denies any ADA violations at the Store.

### D. Payment.

The parties hereto have agreed upon the payment of attorneys' fees and litigation expenses by Family Dollar to Plaintiff in a separate written Letter Agreement and have agreed that Plaintiff and his counsel will keep those terms strictly confidential except as otherwise required by law. This Settlement Payment compensates Plaintiff for any and all claims, whether monetary and/or non-monetary, including all the claims released in Section I of this Agreement and any claims for attorney fees, costs, and/or expenses.

### E. Dismissal of Lawsuit.

Upon executing and filing this Stipulation for Settlement, the parties hereby agree and will request the Court to adopt and approve the terms of this Stipulation and to otherwise dismiss with prejudice all claims which were or could have been brought in the action. *Provided* the parties may seek to enforce the terms of this Stipulation for Settlement by reopening the existing case or initiating a new action, as necessary.

### F. Successors & Assigns

This Settlement Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successor and/or assigns.

### G. Entire Agreement

With the exception of the written Letter Agreement referenced in paragraph C, this Stipulation sets forth the entire agreement between the parties hereto, and fully supersedes any and all prior agreements or understandings between the parties hereto pertaining to the subject matter hereof.

DATED: 10/24/2011

Plaintiff, Owen Harty

DATED: 10/4/2011

Philip Michael Cullen, III, Esq.
Fla. Bar No. 167853
Attorney for Plaintiff
Thomas B. Bacon, P.A.
621 South Federal Highway, Suite Four
Ft. Lauderdale, Fl. 33301
Telephone: 954-462-0600
Fax: 954-462-1717
cullen@thomasbaconlaw.com
*Counsel for Plaintiff, Owen Harty*

DATED: 10/11/11

Defendant, Family Dollar
By: 
Its: SVP-LGOP

DATED: 10/17/11

Courtney B. Wilson, Esq.
LITTLER MENDELSON, P.C.
*Attorneys for Family Dollar*
One Biscayne Tower, Suite #1500
2 S. Biscayne Boulevard
Miami, Florida 33131
(305) 400-7500
(305) 603-2552 (fax)

Firmwide:103905442.4 066942.1015        4